

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00594-CV

Josh Michael **CRUZ**,
Appellant

v.

Alicia **CRUZ**,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0953-CV
Honorable Jessica Crawford, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Josh Michael Cruz.

SIGNED December 27, 2018.

_____
Rebeca C. Martinez, Justice